UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                                    JS-6

| Case No. | CV 24-4272-CBM(AGRx) | Date | SEPTEMBER 24, 2024 |
|---|---|---|---|

| Title | Ramales Photography LLC v. Pressed Juicery, Inc |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and the Notice of voluntary dismissal [16] filed, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

cc: all parties